| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 29 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: DOUG HAGEMAN, Esquire, Admitted to the Bar of the Ninth Circuit: August 15, 2019,

        Respondent.

No. 23-80079

ORDER

    The court has been informed that Doug Hageman has been suspended from the practice of law by the Oregon Supreme Court. Within 28 days of this order, respondent must either agree to a reciprocal suspension or show cause why such a suspension should not be imposed. *See In re Kramer*, 282 F.3d 721, 724 (9th Cir. 2002); Fed. R. App. P. 46(b); 9th Cir. R. 46-2. If the court does not receive a timely response to this order, respondent will be removed from the roll of attorneys admitted to practice in this court without further notice.

                                            FOR THE COURT:

                                            MOLLY C. DWYER<br>
                                            CLERK OF COURT

OSA174